UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HENRY SCHEIN, INC. SECURITIES LITIGATION | No. 1:18-cv-01428-MKB-VMS<br><br>ECF-Filed<br>**<u>Oral Argument Requested</u>** |

### NOTICE OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Motion to Dismiss Lead Plaintiff's Consolidated Complaint, the Declaration of Rachel O. Wolkinson, dated December 10, 2018 (including the exhibits attached to it), and the pleadings in this action, all Defendants, by and through their attorneys, Proskauer Rose LLP, will move this Court, before the Honorable Margo K. Brodie, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an Order dismissing the Consolidated Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4 *et seq.*

Dated: December 10, 2018
      New York, New York

| | |
|---|---|
| Jonathan E. Richman<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York  10036<br>(212) 969-3448<br>jerichman@proskauer.com | */s/ Ralph Ferrara*<br>Ralph C. Ferrara<br>Ann M. Ashton<br>Proskauer Rose LLP<br>1001 Pennsylvania Avenue, N.W.<br>Suite 600 South<br>Washington, D.C.  20004<br>(202) 416-6800<br>rferrara@proskauer.com<br>aashton@proskauer.com |

                              Counsel for Defendants