| | |
|---|---|
| James A. Harrod<br>Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue of the Americas<br>New York, New York  10020<br>(212) 554-1400 | Ralph C. Ferrara<br>Proskauer Rose LLP<br>1001 Pennsylvania Ave., N.W.<br>Suite 600 South<br>Washington, DC  20004<br>(202) 416-6800 |

<u>By ECF Filing</u>

February 21, 2020

The Honorable Margo K. Brodie
United States District Judge for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

*In re Henry Schein, Inc. Securities Litigation*,
No. 1:18-cv-01428-MKB-VMS

Dear Judge Brodie:

  We represent the parties to the above-captioned putative securities class action.  We previously wrote to the Court on November 1, 2019 to ask the Court to defer ruling on defendants' motion seeking partial reconsideration of the Court's decision on defendants' motion to dismiss the case.  (ECF No. 67.)  That same day, the Court issued a text entry on the docket removing the reconsideration motion from the motion calendar and directing the parties to report back to the Court by February 21, 2020.

  The parties wish to report that they have agreed in principle to a resolution of this matter, subject to various conditions, including certain discovery, the drafting and execution of a definitive settlement agreement, and Court approval.  The parties propose to report back to the Court in writing by no later than April 30, 2020 concerning the progress of documenting the proposed settlement.  Furthermore, in light of the resolution, the parties respectfully request that the Court continue the stay in this matter pending the submission of a motion for preliminary approval of the proposed settlement.

      We thank the Court for its consideration of this request. We will make ourselves available at the Court's convenience if Your Honor has any questions about the foregoing.

      Respectfully,

*/s/ James A. Harrod*              */s/ Ralph C. Ferrara*
  James A. Harrod                 Ralph C. Ferrara

cc:    The Honorable Vera M. Scanlon

114128266v2