**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE HENRY SCHEIN, INC. SECURITIES LITIGATION** | **Master File No. 1:18-cv-01428-MKB-VMS**<br><br>**CLASS ACTION** |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT**

TO: All Counsel of Record

PLEASE TAKE NOTICE that based on the Stipulation of Settlement dated April 30, 2020 and its exhibits (the "Settlement Agreement"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Lead Plaintiff") hereby moves this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) preliminarily certifying the Class for purposes of the Settlement only; (iii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iv) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, and Lead Plaintiff's motion for reimbursement of its costs and expenses.[1] The Parties' agreed-upon [Proposed] Order Preliminarily Approving Proposed Settlement is submitted with this motion. In accordance with the terms of the Settlement

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Settlement Agreement.

Agreement, Defendants do not oppose the Motion and Lead Plaintiff believes that the Motion is appropriate for resolution without a hearing.

Dated: April 30, 2020

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ James A. Harrod*

James A. Harrod
Michael M. Mathai
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Jim.Harrod@blbglaw.com
Michael.Mathai@blbglaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Counsel for Lead Plaintiff*

#1376888