UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE HENRY SCHEIN, INC. SECURITIES LITIGATION** | Master File No. 1:18-cv-01428-MKB-VMS<br><br>CLASS ACTION |

### NOTICE OF LEAD PLAINTIFF'S MOTION FOR
### FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 23(e) and paragraph 38.a of this Court's Order Preliminarily Approving Proposed Settlement dated May 5, 2020, Lead Plaintiff Miami General Employees' & Sanitation Employees' Retirement Trust ("Lead Plaintiff"), on behalf of itself and the Class, will and does hereby move this Court, before the Honorable Margo K. Brodie, on September 16, 2020 at 11:00 a.m. Eastern time, for entry of a Judgment approving the Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate. This motion is based on (a) the Declaration of James A. Harrod in Support of (I) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (c) all other papers and proceedings herein. A proposed Judgment and an Order granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.

| | |
|---|---|
| Dated:  August 12, 2020 | Respectfully submitted, |
| | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | */s/ James A. Harrod* |
| | James A. Harrod<br>Michael M. Mathai<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>Facsimile:  (212) 554-1444<br>Jim.Harrod@blbglaw.com<br>Michael.Mathai@blbglaw.com |
| | *Counsel for Lead Plaintiff Miami GESE and Lead Counsel for the Class* |
| | **KLAUSNER, KAUFMAN, JENSEN & LEVINSON**<br>Robert D. Klausner<br>Stuart A. Kaufman<br>7080 Northwest 4th Street<br>Plantation, FL 33317<br>Telephone: (954) 916-1202<br>Facsimile: (954) 916-1232<br>bob@robertdklausner.com<br>stu@robertdklausner.com |
| | *Counsel for Lead Plaintiff Miami GESE* |

#1402461